[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 24, 2010
JOHN LEY
CLERK

_____

No. 09-15648
Non-Argument Calendar

_____

D. C. Docket No. 05-00405-CR-T-17-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORACIN WATSON FILSAIME,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 24, 2010)

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Oracin W. Filsaime, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Filsaime's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.